Jeremy A. Meier (SBN 139849)
Willis M. Wagner (SBN 310900)
Alicia R. Intriago (SBN 320102)
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA  95814-3938
Telephone: (916) 442-1111
Facsimile: (916) 448-1709
meierj@gtlaw.com
wagnerw@gtlaw.com
intriagoa@gtlaw.com

Attorneys for Defendant
MAXIMUS Federal Services, Inc.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN WISE,<br><br>        Plaintiff,<br><br>v.<br><br>MAXIMUS FEDERAL SERVICES, INC. et al.,<br><br>        Defendants. | CASE NO.  5:18-cv-07454-LHK<br><br>**DEFENDANT MAXIMUS FEDERAL SERVICES, INC.'S CORPORATE DISCLOSURE STATEMENT (Fed. R. Civ. P 7.1) AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (L.R. 3-15)**<br><br>*Complaint Filed:  December 11, 2018* |

The following is Defendant MAXIMUS Federal Services, Inc. ("MAXIMUS")'s list of persons and entities that are financially interested in the outcome of this litigation.

1) MAXIMUS Federal Services, Inc (Defendant MAXIMUS Federal Services, Inc.); and

2) MAXIMUS, Inc. (Shareholder of Defendant MAXIMUS Federal Services, Inc.).

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Defendant MAXIMUS Federal Services, Inc. certifies that its parent corporation is MAXIMUS, Inc. and that no other publicly held corporation owns 10% or more of its stock.

DATED:  February 28, 2019            GREENBERG TRAURIG, LLP


By: /s/Jeremy A. Meier
Jeremy A. Meier
Willis M. Wagner
Alicia R. Intriago
Attorneys for Defendant
MAXIMUS Federal Services, Inc.