COURTNEY C. HILL (SBN: 210143)
cchill@grsm.com
SHANNON L. ERNSTER (SBN: 264940)
sernster@grsm.com
SYLVIA JOO (SBN: 308236)
sjoo@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
633 West Fifth Street, 52nd floor
Los Angeles, CA 90071
Telephone: (213) 576-5000
Facsimile: (213) 680-4470

Attorneys for Defendants
UNITED HEALTHCARE SERVICES, INC.
UNITEDHEALTHCARE INSURANCE COMPANY

D. JASON DAVIS (SBN: 193225)
jdavis@dlglawcorp.com
DAVIS LAW GROUP, PLC
17383 W. Sunset Blvd., Suite A380
Pacific Palisades, CA 90272
Telephone: (424) 256-0700
Facsimile: (424) 256-7950

Attorney for Plaintiff
BENJAMIN WISE

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN WISE, an individual,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MONTEREY COUNTY HOSPITALITY ASSOCIATION HEALTH AND WELFARE PLAN; UNITED HEALTHCARE SERVICES, INC.; MONTEREY COUNTY HOSPITALITY ASSOCIATION; MVI ADMINISTRATORS INSURANCE SOLUTIONS, INC; MAXIMUS FEDERAL SERVICES, INC.; UNITEDHEALTHCARE INSURANCE COMPANY; AND DOES 1 THROUGH 10,<br><br>　　　　Defendants. | CASE NO. 5:18-cv-07454-LHK<br>*Judge Lucy H. Koh*<br><br>**JOINT STIPULATION TO FURTHER EXTEND DEFENDANTS' TIME TO RESPOND TO THE COMPLAINT**<br><br>**(THIRD EXTENSION)**<br><br>Complaint filed: December 11, 2018<br><br>Current deadline to respond: March 8, 2019;<br><br>New deadline to respond: March 15, 2019 |

TO THE COURT:

The parties hereto, Defendants UNITED HEALTHCARE SERVICES, INC. and UNITEDHEALTHCARE INSURANCE COMPANY (collectively referred to as "United") and Plaintiff BENJAMIN WISE ("Plaintiff"), by and through their counsel of record, hereby stipulate as follows:

WHEREAS, United's current deadline to respond to the Complaint is March 8, 2019;

WHEREAS, counsel for United is continuing to determine whether they will also represent Defendants MONTEREY COUNTY HOSPITALITY ASSOCIATION HEALTH AND WELFARE PLAN ("H&W Plan"), MONTEREY COUNTY HOSPITALITY ASSOCIATION ("Monterey County"), and MVI ADMINISTRATORS INSURANCE SOLUTIONS, INC. ("MVI") in this matter;

WHEREAS, United and Plaintiff stipulate that Defendants United, H&W Plan, Monterey County, and MVI shall have a further extension of time to respond to Plaintiff's Complaint up to and including March 15, 2019;

WHEREAS, Northern District of California Local Rule 6-1(a) allows parties to stipulate, without Court approval, to extend the time to answer or otherwise respond to the Complaint;

WHEREAS, this extension will not alter the date of any event or deadline already fixed by Court order.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Gordon Rees Scully Mansukhani, LLP
633 West Fifth Street, 52nd floor
Los Angeles, CA 90071

IT IS SO STIPULATED.

Dated: March 8, 2019      GORDON REES SCULLY MANSUKHANI, LLP

By:    */s/ Courtney C. Hill*
       Courtney C. Hill
       Shannon L. Ernster
       Sylvia Joo
       Attorneys for Defendants
       UNITED HEALTHCARE SERVICES, INC. AND UNITEDHEALTHCARE INSURANCE COMPANY

Dated: March 8, 2019      DAVIS LAW GROUP, PLC

By:    */s/ D. Jason Davis*
       D. Jason Davis
       Attorney for Plaintiff
       BENJAMIN WISE

**ATTESTATION OF E-FILED SIGNATURE**

I, Sylvia Joo, am the ECF user whose ID and password are being used to file this Joint Stipulation to Further Extend Defendants' Time to Respond to the Complaint (Third Extension). In compliance with Local Rule 5-1(i), I hereby attest that D. Jason Davis, counsel for Plaintiff, has concurred in this filing.

By:    */s/ Courtney C. Hill*
       Courtney C. Hill