1  D. JASON DAVIS (SBN 193225)
   jdavis@dlglawcorp.com
2  DAVIS LAW GROUP, PLC
   17383 W. Sunset Blvd., Suite A380
3  Pacific Palisades, CA 90272
   Telephone:  (424) 256-0070
4  Facsimile:  (424) 256-7950

5  Attorney for Plaintiff
   BENJAMIN WISE
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | BENJAMIN WISE, an individual,              ) CASE NO.  5:18-cv-07454-LHK-svk
12 |                          Plaintiff,        )
13 |        vs.                                 ) **PLAINTIFF'S NOTICE OF ERRATA CORRECTING JOINT CASE MANAGEMENT STATEMENT**
14 | MONTEREY COUNTY                            )
   | HOSPITALITY ASSOCIATION                    )
15 | HEALTH AND WELFARE PLAN;                   )
   | UNITED HEALTHCARE                          )
16 | SERVICES, INC.; MONTEREY                   )
   | COUNTY HOSPITALITY                         )
17 | ASSOCIATION; MVI                           )
   | ADMINISTRATORS INSURANCE                   )
18 | SOLUTIONS, INC; MAXIMUS                    )
   | FEDERAL SERVICES, INC.;                    )
19 | UNITEDHEALTHCARE                           )
   | INSURANCE COMPANY; AND                     )
20 | DOES 1 THROUGH 10,                         )
                                                )
21 |                          Defendants.       )

22      TO ALL PARTIES, THEIR ATTORNEYS OF RECORD AND THE

23 COURT:

24      Plaintiff Benjamin Wise respectfully notifies the Court and all parties of an

25 error in the Joint Case Management Statement filed on March 13, 2019 (Doc. #33).

26      The error appears in Section 11 of the Joint Case Management Statement,

27 which inadvertently stated an incorrect amount for the dollar amount for the relief

28 sought by Plaintiff Benjamin Wise.

---

1
PLAINTIFF'S NOTICE OF ERRATA CORRECINTNG
JOINT CASE MANAGEMENT STATEMENT

1    Attached hereto as Exhibit A is a corrected Joint Case Management
2  Statement that states the correct dollar amount of the relief sought.

6  Dated: March 14, 2019            DAVIS LAW GROUP, PLC

                                   By:      /s/ D. Jason Davis
                                        D. Jason Davis
                                        Attorneys for Plaintiff
                                        BENJAMIN WISE

# CERTIFICATE OF SERVICE

I certify that on March 14, 2019, I electronically filed the foregoing with the Clerk of the Court for the United States District Court, Northern District of California, by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

By: /s/ D. Jason Davis
D. Jason Davis
Attorney for Plaintiff