1  Stephan A. Barber (SBN 70070)
   Paul A. Rovella (SBN 245745)
2  JRG Attorneys at Law
   318 Cayuga Street
3  Salinas, CA 93901
   Telephone: (831) 754-2444
4  Facsimile:  (831) 269-7134

5  Attorney for Trustees of the Monterey County
   Hospitality Association Health and Welfare
6  Trust, a non-profit corporation, mistakenly named
   as the Monterey County Hospitality Association
7  Health and Welfare Plan

8

9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12

13    BENJAMIN WISE, an individual,        )  CASE NO.  5:18-cv-07454-LHK-svk
                                           )
14                    Plaintiff,           )
                                           )
15    vs.                                  )  **CERTIFICATE OF INTERESTED**
                                           )  **PARTIES OF TRUSTEES OF THE**
16    MONTEREY COUNTY HOSPITALITY          )  **MONTEREY COUNTY**
      ASSOCIATION HEALTH AND WELFARE       )  **HOSPITALITY HEALTH AND**
17    PLAN; UNITED HEALTHCARE SERVICES,    )  **WELFARE TRUST**
      INC.; MONTEREY COUNTY                )
18    HOSPITALITY ASSOCIATION; MVI         )
      ADMINISTRATORS INSURANCE             )
19    SOLUTIONS, INC; MAXIMUS FEDERAL      )
      SERVICES, INC.; UNITED HEALTHCARE    )
20    INSURANCE COMPANY; AND DOES 1        )
      THROUGH 10, INCLUSIVE,               )
21                                         )
                      Defendants.          )
22                                         )
                                           )
23                                         )
                                           )
24    _____

25          Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the Trustees of the

26    Monterey County Hospitality Association Health and Welfare Trust ("Trust") hereby files its

27    certificate of interested parties.

28

1

2

The Trust states that it is a non-profit corporation, and has no parent corporation or publicly held corporation owning more than 10% of its stock.

3

4

5

As of this date, the Trust is unaware of any person or entity, other than the named parties, with a financial or other interest that could be substantially affected by the outcome of this proceeding.

6

7

Date:  March 15, 2019                    JRG Attorneys at Law

8

By:   */s/  Stephan A. Barber*
        Stephan A. Barber
        Attorneys for Trustees of the Monterey
        County Hospitality Health and Welfare
        Trust

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF INTERESTED PARTIES**

1

**CERTIFICATE OF SERVICE**

2

3      I am employed in the County of Monterey, State of California.  I am over the age of

4 eighteen years and not a party to the within action.  My business address is JRG Attorneys at

Law, 318 Cayuga Street, CA 93901.

5
      On the date set forth below, I caused the following document(s) entitled:
6

7      **CERTIFICATE OF INTERESTED PARTIES**

8  to be served on the party(ies) or its (their) attorney(s) of record in this action listed below by the

following means:

9

| | | |
|---|---|---|
| | | **BY MAIL**.  By placing each envelope (with postage affixed thereto) in the U.S. Mail at the law offices of JRG Attorneys at Law, 318 Cayuga Street, Salinas, CA 93901, addressed as shown on the attached sheet.  I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and in the ordinary course of business, correspondence would be deposited with the U.S. Postal Service the same day it was placed for collection and processing. |
| | X | **BY ECF.** I caused such document(s) to be served on all parties who have appeared in the action by and through the Court's electronic filing system and in accordance with Northern District of California Local Rule 5-1 and/or Bankruptcy Local Rule 5005-1. |
| | | **BY HAND-DELIVERY**.  By causing a true copy thereof enclosed in a sealed envelope, to be delivered by hand by ONE HOUR DELIVERY to the persons shown below. |

Addressed to:

**See Attached Service List**

      I declare under penalty of perjury under the laws of the State of California that the

foregoing is true and correct.  Executed on March 15, 2019 at Salinas, California.

            _____/s/ Liz Tiliaia_____
            Liz Tiliaia

1

## SERVICE LIST

2

3  David Jason Davis                      Jeremy Adam Meier
   Davis Law Group, PLC                   Alicia Intriago
4  17383 W. Sunset Blvd.                  Willis M Wagner
   Suite A380                             Greenberg Traurig, LLP
5  Pacific Palisades, CA 90272            1201 K Street, Suite 1100
   T.  (424) 256-0070                     Sacramento, CA 95814-3938
6  F.  (424) 256-7950                     T. (916) 442-1111
7  Email: jdavis@dlglawcorp.com           F. (916) 448-1709
   *Attorney for Plaintiff Benjamin Wise* Email: meierj@gtlaw.com;
8                                          intriagoa@gtlaw.com; wagnerw@gtlaw.com
                                           *Attorneys for Defendant Maximum Federal*
9                                          *Services, Inc.*

10 Courtney Culwell Hill                  Brian Murray
   Sylvia Joo                             Trucker Huss, APC
11 Gordon & Rees, LLP                     15821 Ventura Blvd, Ste 510
12 633 West Fifth Street                  Encino, CA 91436-2964
   52nd Floor                             T.  (213) 537-1016
13 Los Angeles, CA 90071                  F.  (213) 537-1020
   T. 213-576-5000                        Email: bmurray@truckerhuss.com
14 F. 213-680-4470                        *Attorney for Monterey County Hospitality*
15 Email: cchill@gordonrees.com and       *Association*
   sjoo@grsm.com
16 *Attorney for Defendant United Health Care*
   *Services, Inc. and United Health Care*
17 *Insurance Company*

18 Dennis J. Rhodes
19 Wilson Elser Moskowitz Edelman & Dicker
   LLP
20 525 Market St 17th Fl,
   San Francisco, CA 94105
21 T.  (415) 433-0990
22 F.  (415) 434-1370
   Email:  dennis.rhodes@wilsonelser.com
23 *Attorney for MVI Administrators Insurance*
   *Solutions, Inc.*

24

25

26

27

28

**CERTIFICATE OF INTERESTED PARTIES**