EDWARD P. GARSON (SBN 96786)
Email: edward.garson@wilsonelser.com
DENNIS J. RHODES (SBN 168417)
Email: dennis.rhodes@wilsonelser.com
WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA 94105-2725
Tel.:    415.433.0990
Fax:    415.434.1370

Attorneys for Defendant,
MVI ADMINSTRATORS INSURANCE SOLUTIONS, INC.

DAVIS LAW GROUP, PLC
D. Jason Davis (State Bar No. 193225)
17383 W. Sunset Blvd., ,Suite A380
Pacific Palisades, California 90272
Telephone:  (424) 256-0700
Facsimile:  (424) 256-7950
jdavis@dlglawcorp.com

Attorney for Plaintiff,
BENJAMIN WISE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN WISE, an individual,<br><br>                    Plaintiff,<br><br>    vs.<br><br>MONTEREY COUNTY HOSPITALITY ASSOCIATION HEALTH AND WELFARE PLAN; UNITED HEALTHCARE SERVICES,INC.; MONTEREY COUNTY HOSPITALITY ASSOCIATION; MVI ADMINISTRATORS INSURANCE SOLUTIONS, INC.; MAXIMUM FEDERAL SERVICES, INC.; UNITEDHEALTHCARE INSURANCE COMPANY; AND DOES 1 THROUGH 10.<br><br>                    Defendants. | Case No. 5:18-cv-07454-LHK-svk<br><br>**SECOND STIPULATION OF THE PARTIES TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**LR 6-1(A)** |

Pursuant to LR 6-1(a), the parties have stipulated that defendant MVI Administrators Insurance Solutions, Inc. shall have until March 22, 2019 to answer or otherwise respond to Plaintiff's complaint.

Dated:  March 15, 2019

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP

By:   */s/ Dennis J. Rhodes*
DENNIS J. RHODES
Attorneys for Defendant
MVI ADMINISTRATORS INSURANCE SERVICES, INC.

Dated:  March 15, 2019

DAVIS LAW GROUP, PLC

By:   */s/ D. Jason Davis*
D. JASON DAVIS
Attorneys for Plaintiff
BENJAMIN WISE

### **ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Dennis J. Rhodes, attest that concurrence in the filing of this document has been obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed document.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: March 15, 2019

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By:  */s/Dennis J. Rhodes*
DENNIS J. RHODES
Attorneys for Defendant
MVI ADMINISTRATORS INSURANCE SOLUTIONS, INC.