UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BENJAMIN WISE,<br><br>                    Plaintiff,<br><br>          v.<br><br>MAXIMUS FEDERAL SERVICES, INC.,<br>et al.,<br><br>                    Defendants. | Case No. 18-CV-07454-LHK<br><br>**ORDER CONTINUING CASE<br>MANAGEMENT CONFERENCE** |

        The initial case management conference currently set for March 20, 2019 is CONTINUED

to May 22, 2019 at 2:00 p.m.

**IT IS SO ORDERED.**


Dated: March 15, 2019

_____
LUCY H. KOH
United States District Judge

Case No. 18-CV-07454-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE