Clarissa A. Kang, No. 210660
TRUCKER ✦ HUSS
A Professional Corporation
One Embarcadero Center, 12th Floor
San Francisco, CA  94111
Telephone:   (415) 788-3111
Facsimile:    (415) 421-2017
E-mail:         ckang@truckerhuss.com

Brian D. Murray, No. 294100
TRUCKER ✦ HUSS, APC
15821 Ventura Blvd., Suite 510
Los Angeles, CA  91436
Telephone:   (213) 537-1016
Facsimile:    (213) 537-1020
E-mail:         bmurray@truckerhuss.com

Attorneys for Defendant
MONTEREY COUNTY HOSPITALITY ASSOCIATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN WISE, an individual,<br><br>              Plaintiff,<br><br>     vs.<br><br>MONTEREY COUNTY HOSPITALITY ASSOCIATION HEALTH AND WELFARE PLAN; UNITED HEALTHCARE SERVICES, INC.; MONTEREY COUNTY HOSPITALITY ASSOCIATION; MVI ADMINISTRATORS INSURANCE SOLUTIONS, INC.; MAXIMUS FEDERAL SERVICES, INC.; UNITED HEALTHCARE INSURANCE COMPANY; AND Does 1 through 10,<br><br>              Defendants. | Case No. 5:18-cv-07454-LHK<br><br>**JOINT STIPULATION TO EXTEND MONTEREY COUNTY HOSPITALITY ASSOCIATION'S DEADLINE TO RESPOND TO THE COMPLAINT**<br><br>Assigned to Hon. Lucy H. Koh<br><br>Complaint Filed:    December 11, 2018<br><br>Current deadline to respond: March 22, 2019<br><br>New deadline to respond:     April 12, 2019 |

TO THE HONORABLE COURT:

The parties hereto, Defendant MONTEREY COUNTY HOSPITALITY ASSOCIATION ("Defendant") and Plaintiff BENJAMIN WISE ("Plaintiff"), by and through their counsel of record, hereby stipulate as follows:

1

JOINT STIPULATION TO EXTEND DEFENDANT MONTEREY COUNTY HOSPITALITY ASSOCIATION'S TIME TO RESPOND TO THE COMPLAINT; CASE NO. 3:16-CV-03994-JST
181313.v1

1     WHEREAS, Defendant's current deadline to respond to the Complaint is March 22, 2019;

2     WHEREAS, Defendant is in the process of substituting in new counsel;

3     WHEREAS, Defendant and Plaintiff stipulate that Defendant Monterey County Hospitality Association shall have a further three week extension of time to answer or otherwise respond to the Complaint, up to and including April 12, 2019;

    WHEREAS, Northern District of California Local Rule 6-1(a) allows parties to stipulate, without Court approval, to extend the time to answer or otherwise respond to the Complaint;

    WHEREAS, this extension will not alter the date of any event or deadline already fixed by Court order.

    IT IS SO STIPULATED.

DATED: March 20, 2019      TRUCKER ✦ HUSS

By: /s/*Clarissa A. Kang*
Clarissa A. Kang
Brian D. Murray

Attorneys for Defendants
MONTEREY COUNTY HOSPITALITY ASSOCIATION

Dated: March 20, 2019      DAVIS LAW GROUP, PLC

By: /s/ *D. Jason Davis*
D. Jason Davis

Attorneys for Plaintiff
BENJAMIN WISE

Trucker ✦ Huss
A Professional Corporation
One Embarcadero Center, 12th Floor
San Francisco, California 94111

2

JOINT STIPULATION TO EXTEND DEFENDANT MONTEREY COUNTY HOSPITALITY ASSOCIATION'S TIME TO RESPOND TO THE COMPLAINT; CASE NO. 3:16-CV-03994-JST
181313.v1

**ATTESTATION OF E-FILED SIGNATURE**

I, Clarissa A. Kang am the ECF user whose ID and password are being used to file this Joint Stipulation to Extend Monterey County Hospitality Association's Deadline to Respond to the Complaint. In compliance with Local Rule 5-1(i), I hereby attest that D. Jason Davis, counsel for Plaintiff, has concurred in this filing.

By: /s/ *Clarissa A. Kang*
Clarissa A. Kang

Attorneys for Defendants
MONTEREY COUNTY HOSPITALITY ASSOCIATION

JOINT STIPULATION TO EXTEND DEFENDANT MONTEREY COUNTY HOSPITALITY ASSOCIATION'S TIME TO RESPOND TO THE COMPLAINT; CASE NO. 3:16-CV-03994-JST
181313.v1

3