1  EDWARD P. GARSON (SBN )
   Edward.garson@wilsonelser.com
2  DENNIS J. RHODES (SBN 168417)
   Dennis.rhodes@wilsonelser.com
3  WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
   525 Market Street, 17th Floor
4  San Francisco, CA 94105-2725
   Telephone:   415.433.0990
5  Facsimile:   415.434.1370

6  Attorneys for Defendant
   **MVI ADMINISTRATORS**
7  **INSURANCE SOLUTIONS, INC.**

8

9             **UNITED STATES DISTRICT COURT**

10            **NORTHERN DISTRICT OF CALIFORNIA**

11 | BENJAMIN WISE, an individual, | |
12 | Plaintiff, | Case No.  5:18-cv-07454 LHK |
13 | vs. | **CORPORATE DISCLOSURE** |
14 | MONTEREY COUNTY HOSPITALITY ASSOCIATION HEALTH AND WELFARE PLAN; | **STATEMENT AND CERTIFICATION OF INTERESTED PARTIES** |
15 | UNITED HEALTHCARE SERVICES, INC,L MONTEREY COUNTY HOSPITALITY | **FRCP 7.1** |
16 | ASSOCIATION; MVI ADMINISTRATORS INSURANCE SOLUTIONS, INC.; MAXIMUS | **LR 3-15** |
17 | FEDERAL SERVICES, INC.L UNITEDHEALTHCARE INSURANCE | Complaint filed:    December 11, 2018 |
18 | COMPANY; AND DOES 1 THROUGH 10, | |
19 | Defendants. | |

20

21        Defendant MVI Administrators Insurance Services, Inc. ("MVI"), by and through

22 undersigned counsel, hereby submits the following Corporate Disclosure Statement pursuant to

23 FRCP 7.1 and the Certification of Interested Parties pursuant to LR 3-15 as follows:

24        MVI is a corporation duly formed under the laws of the State of California, without any

25 / / /

26 / / /

27 / / /

28

                                      1
        CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED PARTIES

2182234v.1

1  parent or subsidiary companies.  Apart from the parties to the action, MVI is unaware of any other
2  interested persons or entities
3  Dated:  March 22, 2019                             WILSON, ELSER, MOSKOWITZ, EDELMAN &
4                                                                    DICKER, LLP

5                                                                    By:    */s/ Dennis J. Rhodes*
                                                                             Edward P. Garson
6                                                                            DENNIS J. RHODES
                                                                             Attorneys for Defendant
7                                                                            **MVI ADMINISTRATORS INSURANCE
                                                                             SOLUTIONS, INC.**
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-2-
CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED PARTIES
2182234v.1