AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __CALIFORNIA__

Benjamin Wise

Plaintiff(s),

V.

Monterey County Hospitality Association, et al.

Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 5:18-cv-07454-LHK

Notice is hereby given that, subject to approval by the court, __Monterey County Hospitality Assoc.__ substitutes
(Party(s) Name)

__Andrew Swartz__, State Bar No. __58429__ as counsel of record in
(Name of New Attorney)

place of __Clarissa A. Kang and Brian D. Murray__
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Swartz & Kennedy |
| Address: | 550 Hartnell, Monterey, CA 93940 |
| Telephone: | (831) 373-3235   Facsimile (831) 682-7789 |
| E-Mail (Optional): | ahswartz@aol.com |

I consent to the above substitution.

Date: 3/22/19

(Signature of Party(s))

I consent to being substituted.

Date: 3/21/2019

(Signature of Former Attorney(s))

I consent to the above substitution.

Date: 3/22/2019

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]