| Attorney or Party without Attorney: <br> Stephan A. Barber, Bar #70070 <br> JRG Attorneys at Law <br> 318 Cayuga Street <br> Salinas, CA 93901 <br> Telephone No: 754-2444   FAX No: 754-2011 <br><br> Attorney for: Plaintiff | For Court Use Only |
|---|---|
| | Ref. No. or File No.: <br> 6824.001 |

Insert name of Court, and Judicial District and Branch Court:

United States District Court, Northern District Of Califronia

Plaintiff: Benjamin Wise, et al.
Defendant: Monterey County Hospitality Association Health and Welfare Plan, et al.

| PROOF OF SERVICE COURT TYPE | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 5:18-cv-07454-LHK-svk |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons On A Third-Party Complaint; Answer To Complaint, Crossclaim, And Third-Party Complaint Of Trustees Of The Monterey County Hospitality Association Health And Welfare Trust

3. a. Party served:      Eric Miller Architects, Inc.

4. Address where the party was served:      211 Hoffman Ave. <br> Monterey, CA 93940

5. I served the party:
   b. **by substituted service.** On: Thu., Mar. 21, 2019 at: 10:13AM I left the documents listed in item 2 with or in the presence of:
   Jo Balesteri, Business Manager
   White, Female, 40's, Black Hair, 5 Feet 6 Inches, 165 Pounds
   (1) **(Business)** Authorized to Accept. I informed him or her of the general nature of the papers.
   (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., 415.20). I mailed the document on: Thu., Mar. 21, 2019 from: Salinas, CA

7. **Person Who Served Papers:**
   a. Colleen R. Blanton
   **b. BAY POINT LEGAL SERVICE**
   820 Park Row #652, Registration # 29
   Salinas, CA 93901
   c. 831-422-3007, FAX 844-308-6508

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:* $75.00
   e. I am: (3) registered California process server
       (i)  Employee
       (ii)  Registration No.:    191
       (iii) County:    Monterey
       (iv) Expiration Date:    Fri, May. 17, 2019

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Fri, Mar. 22, 2019

                               PROOF OF SERVICE       (Colleen R. Blanton)
Judicial Council Form                    COURT TYPE
Rule 2.150.(a)&(b) Rev January 1, 2007                                             jrg5.79704