1  COURTNEY C. HILL (SBN: 210143)
   cchill@grsm.com
2  SYLVIA JOO  (SBN: 308236)
   sjoo@grsm.com
3  GORDON REES SCULLY MANSUKHANI, LLP
   633 West Fifth Street, 52nd floor
4  Los Angeles, CA 90071
   Telephone: (213) 576-5000
5  Facsimile: (213) 680-4470

6  Attorneys for Defendant UNITED HEALTHCARE
   SERVICES, INC. and Cross-Defendant
7  UNITEDHEALTHCARE INSURANCE COMPANY
   (erroneously named as United HealthCare Services, Inc.
8  in Cross-Complaint)

9  STEPHAN A. BARBER  (SBN: 70070)
   steve@jrgattorneys.com
10 PAUL A. ROVELLA  (SBN: 245745)
   paul@jrgattorneys.com
11 JRG ATTORNEYS AT LAW
   318 Cayuga Street
12 Salinas, CA 93901
   Telephone:  (831) 754-2444
13 Facsimile:  (831) 269-7134

14 Attorneys for Cross-Complainant
   TRUSTEES OF THE MONTEREY COUNTY
15 HOSPITALITY ASSOCIATION HEALTH
   AND WELFARE TRUST (erroneously named as
16 the Monterey County Hospitality Association
   Health and Welfare Plan)

17

18                UNITED STATES DISTRICT COURT

19                NORTHERN DISTRICT OF CALIFORNIA

20

| | |
|---|---|
| 21  BENJAMIN WISE, an individual, | CASE NO.  5:18-cv-07454-LHK |
| 22            Plaintiff, | *District Judge: Hon. Lucy H. Koh* |
| 23       vs. | |
| 24  MONTEREY COUNTY HOSPITALITY ASSOCIATION HEALTH AND WELFARE PLAN; UNITED HEALTHCARE SERVICES, INC.; MONTEREY COUNTY HOSPITALITY ASSOCIATION; MVI ADMINISTRATORS INSURANCE SOLUTIONS, INC.; MAXIMUS | **JOINT STIPULATION EXTENDING UNITEDHEALTHCARE INSURANCE COMPANY'S TIME TO RESPOND TO CROSS-COMPLAINT OF TRUSTEES OF THE MONTEREY COUNTY HOSPITALITY HEALTH AND WELFARE TRUST** |

Gordon Rees Scully Mansukhani, LLP
633 West Fifth Street, 52nd floor
Los Angeles, CA 90071

| | |
|---|---|
| FEDERAL SERVICES, INC.; UNITEDHEALTHCARE INSURANCE COMPANY; AND DOES 1 THROUGH 10,<br><br>Defendants. | Complaint filed: December 11, 2018<br>Cross-Complaint filed: March 15, 2019<br>Current deadline to respond to Cross-Complaint: April 5, 2019<br>New deadline to respond to Cross-Complaint: April 26, 2019 |

TO THE COURT:

The parties hereto, Cross-Defendant UNITEDHEALTHCARE INSURANCE COMPANY ("UHIC"), erroneously named in the Cross-Complaint as United HealthCare Services, Inc., and Cross-Complainant TRUSTEES OF THE MONTEREY COUNTY HOSPITALITY ASSOCIATION HEALTH AND WELFARE TRUST BENJAMIN WISE ("the Trust") (collectively referred to as "the Parties"), by and through their counsel of record, hereby stipulate as follows:

WHEREAS, UHIC's current deadline to respond to the Cross-Complaint is April 5, 2019;

WHEREAS, the Parties are currently attempting to meet and confer regarding a binding arbitration clause UHIC has identified between the Parties;

WHEREAS, UHIC intends to file a motion to compel binding arbitration in the event the Parties cannot reach a stipulation;

WHEREAS, UHIC and the Trust stipulate that UHIC shall have an extension of time to respond to the Trust's Cross-Complaint up to and including April 26, 2019;

WHEREAS, Northern District of California Local Rule 6-1(a) allows parties to stipulate, without Court approval, to extend the time to answer or otherwise respond to the Complaint;

WHEREAS, this extension will not alter the date of any event or deadline already fixed by Court order.

/ / /

Case 5:18-cv-07454-LHK   Document 50   Filed 04/05/19   Page 3 of 3

IT IS SO STIPULATED.

Dated:  April 5, 2019         GORDON REES SCULLY MANSUKHANI, LLP

                              By:  */s/ Sylvia Joo*
                                   Courtney C. Hill
                                   Sylvia Joo
                                   Attorneys for Defendant
                                   UNITED HEALTHCARE SERVICES, INC. and Cross-Defendant UNITEDHEALTHCARE INSURANCE COMPANY

Dated: April 5, 2019          JRG ATTORNEYS AT LAW

                              By:  */s/ Stephan A. Barber*
                                   Stephan A. Barber
                                   Paul A. Rovella
                                   Attorneys for Cross-Complainant
                                   TRUSTEES OF THE MONTEREY COUNTY HOSPITALITY ASSOCIATION HEALTH AND WELFARE TRUST

**ATTESTATION OF E-FILED SIGNATURE**

I, Sylvia Joo, am the ECF user whose ID and password are being used to file this Joint Stipulation Extending UnitedHealthcare Insurance Company's Time to Respond to Cross-Complaint of the Trustees of the Monterey County Hospitality Association Health and Welfare Trust ("the Trust").  In compliance with Local Rule 5-1(i), I hereby attest that Stephan A. Barber, counsel for the Trust, has concurred in this filing.

                              By:  */s/ Sylvia Joo*
                                   Sylvia Joo

Gordon Rees Scully Mansukhani, LLP
633 West Fifth Street, 52nd floor
Los Angeles, CA 90071

UHCS/1176787/44511034v.1

CASE NO. 5:18-cv-07454-LHK
JOINT STIPULATION EXTENDING UNITEDHEALTHCARE INSURANCE COMPANY'S TIME TO RESPOND TO CROSS-COMPLAINT